Martin G. Molina, Calif. Bar No. 176934
185 West "F" Street, Suite 100
San Diego, California 92101
Telephone:  (619) 232-0620
Facsimile:   (619) 234-5322
mmolinaesq@outlook.com
CJA Attorney for Defendant
Ricardo Orizaba-Zendejas (5)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO ORIZABA-ZENDEJAS (5),<br><br>Defendant. | Case No.  23 CR 1684-DMS<br><br>**Notice of Motions and Motions**<br><br>**1) To suppress evidence by quashing and traversing the 321 Yakima St. Search Warrant and Request for *Franks* Hearing;**<br><br>**2)  To suppress evidence by quashing the Cellphones' Search Warrants;**<br><br>**3) To Sever Defendants for Improper Joinder; and**<br><br>**4) To Sever for Prejudicial Joinder** |

///

///

///

1

## Notice and Motions

TO: Andrew R. Haden, Acting United States Attorney, and Assistant United States Attorneys Alicia P. Williams, Stephen H. Wong, and Brandon Kimura.

PLEASE TAKE NOTICE that on **March 28, 2025**, **at 1:30 p.m**. in Courtroom 13A of the Honorable Dana M. Sabraw, the defendant, Ricardo Orizaba-Zendejas ("Mr. Orizaba"), by and through his CJA court-appointed counsel, Martin G. Molina, will move this Court to--

(1) Suppress Evidence by quashing and traversing the 321 Yakima St. search warrant with a request for a *Franks* hearing;

(2) Suppress Evidence by quashing the search warrants in connection with the seizures of three cellphones attributed to Mr. Orizaba;

(3) Sever Mr. Orizaba's charges for improper joinder under Fed. R.Crim. Proc. 8(b); or in the alternative,

(4) Sever for prejudicial joinder under Fed.R.Crim. Proc. 14.

These motions are based on the attached memorandum of points and authorities which provides a description of the relevant facts, a summary of the arguments, and legal analyses in support of these motions.[1]

Dated: February 21, 2025       Respectfully submitted,
                               Law Office Of Martin G. Molina


                               By: /s/ Martin G. Molina
                               Martin G. Molina
                               mmolinaesq@outlook.com
                               CJA Attorney for Mr. Orizaba

---

[1] Because certain aspects of the evidence are the subject of a protective order, the public filing of the memorandum of points and authorities and supporting documents are redacted.