ANDREW R. HADEN
Acting United States Attorney
Brandon J. Kimura
Assistant U.S. Attorney
California Bar No.: 241220
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9614

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  23-cr-01684-DMS |
|---|---|
| Plaintiff, | Hon. Dana M. Sabraw<br>Date: October 1, 2021<br>Time: 10:30 a.m. |
| v. | |
| BENJAMIN MADRIGAL-BIRRUETA, et. al., | JOINT MOTION TO CONTINUE MOTION HEARING, SET STATUS HEARING, AND SET BRIEFING SCHEDULE |
| Defendants. | |

**IT IS HEREBY AGREED BETWEEN THE PARTIES**, Jason T. Conforti, counsel for Benjamin Madrigal-Birrueta, Martin G. Molina, counsel for Ricardo Orizaba-Zendejas, and Assistant United States Attorney Brandon James Kimura, that the Motion Hearing currently scheduled on March 28, 2025, at 1:30 p.m. be reset as a status hearing, and that the motion hearing be rescheduled for May 16, 2025, at 1:30 p.m.

Further, the parties request the following briefing schedule:

Defendants' Motions shall be due on March 28, 2025.

The United States' Response shall be due on April 18, 2025.

Defendants' Replies shall be due on May 2, 2025.

The parties further agree that time should be excluded on the basis of the

pending motions filed by Defendant Orizaba-Zendejas, and that (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; and (iii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A). Specifically, Defendant Madrigal-Birrueta needs additional time to prepare and draft pretrial motions. Therefore, the parties agree that the period of delay excluded spans from the filing of this joint motion until the new date for the hearing.

Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

Respectfully submitted,

Dated: March 3, 2025

*s/ Jason T. Conforti*
Jason T. Conforti
Attorney for Benjamin Madrigal-Birrueta

Dated: March 3, 2025

*s/ Martin G. Molina*
Martin G. Molina
Attorneys for Ricardo Orizaba-Zendejas

Dated: March 3, 2025

*s/ Brandon James Kimura*
Assistant United States Attorney