# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RICARDO ORIZABA-ZENDEJAS,<br><br>　　　　　　　　　　Defendant. | Case No.: 23-cr-1684-DMS<br><br>**JURY VERDICT** |

**Count 1 (Conspiracy to Distribute Drugs)**

We, the Jury in the above-entitled case, find defendant RICARDO ORIZABA-ZENDEJAS __Guilty__ (Not Guilty or Guilty) of Conspiracy to Distribute Fentanyl, Methamphetamine, or Cocaine.

(*If you find defendant NOT GUILTY of Count 1, skip the following questions and proceed to Count 2. If you find defendant GUILTY of Count 1, answer the following questions.*)

Do you, the Jury in the above-entitled case, further unanimously find that the amount of methamphetamine involved in the offense weighed 1.5 kilograms or more, fentanyl involved in the offense weighed 12 kilograms or more, and/or cocaine involved in the offense weighed 5 kilograms or more?

　　　Methamphetamine:　　Yes __X__　No ____

　　　Fentanyl:　　　　　　Yes __X__　No ____

1       Cocaine:       Yes __X__ No ____

2 *(If your response is YES to any of the above, proceed to the following question. If your*
3 *response to is NO to all of the above, skip the following question and proceed to Count 2.)*

4     Do you, the Jury in the above-entitled case, unanimously find that some act or acts
5 in furtherance of the crime charged in Count 1 occurred in the Southern District of
6 California?

7       Yes __X__ No ____

8     **Count 2 (Threat of Force to Prevent Communication with Law Enforcement)**

9     We, the Jury in the above-entitled case, find defendant RICARDO ORIZABA-
10 ZENDEJAS __Not Guilty__ (Not Guilty or Guilty) of Threat of Force to Prevent
11 Communication with Law Enforcement.

12 *(If you find defendant NOT GUILTY of Count 2, skip the following question and proceed*
13 *to Count 3. If you find defendant GUILTY of Count 2, answer the following question.)*

14     Do you, the Jury in the above-entitled case, unanimously find that the Southern
15 District of California was the district in which the official proceeding was intended to be
16 affected?

17       Yes ____ No ____

18     **Count 3 (Accessory After the Fact)**

19     We, the Jury in the above-entitled case, find defendant RICARDO ORIZABA-
20 ZENDEJAS __Not Guilty__ (Not Guilty or Guilty) of Accessory After the Fact to
21 Murder.

22 *(If you find defendant NOT GUILTY of Count 3, skip the following question and proceed*
23 *to Count 4. If you find defendant GUILTY of Count 3, answer the following question.)*

24     Do you, the Jury in the above-entitled case, unanimously find that some act or acts
25 in furtherance of the crime charged in Count 3 occurred in the Southern District of
26 California?

27       Yes ____ No ____

28

**Count 4 (Using, Carrying, or Brandishing Firearm in Furtherance of Drug Trafficking Crime or Crime of Violence)**

We, the Jury in the above-entitled case, find defendant RICARDO ORIZABA-ZENDEJAS __Not Guilty__ (Not Guilty or Guilty) of Using, Carrying, or Brandishing a Firearm in Furtherance of a Drug Trafficking Crime or a Crime of Violence.

*(If you find defendant NOT GUILTY of Count 4, skip the following questions and proceed to Count 5. If you find defendant GUILTY of Count 4, answer the following questions.)*

Do you, the Jury in the above-entitled case, further unanimously find that defendant RICARDO ORIZABA-ZENDEJAS used, carried, and/or brandished the firearm?

| | | | | |
|---|---|---|---|---|
| Used: | Yes | ___ | No | ___ |
| Carried: | Yes | ___ | No | ___ |
| Brandished: | Yes | ___ | No | ___ |

Do you, the Jury in the above-entitled case, unanimously find that some act or acts in furtherance of the crime charged in Count 4 occurred in the Southern District of California?

Yes ___   No ___

**Count 5 (Possession of Firearm in Furtherance of Drug Trafficking Crime)**

We, the Jury in the above-entitled case, find defendant RICARDO ORIZABA-ZENDEJAS __Guilty__ (Not Guilty or Guilty) of Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

*(If you find defendant NOT GUILTY of Count 5, skip the following question and proceed to Count 6. If you find defendant GUILTY of Count 5, answer the following question.)*

Do you, the Jury in the above-entitled case, unanimously find that some act or acts in furtherance of the crime charged in Count 5 occurred in the Southern District of California?

Yes __X__   No ___

///
///

**Count 6 (Possession of Firearm Silencer in Furtherance of Drug Trafficking Crime)**

We, the Jury in the above-entitled case, find defendant RICARDO ORIZABA-ZENDEJAS __Not Guilty__ (Not Guilty or Guilty) of Possession of a Firearm Silencer in Furtherance of a Drug Trafficking Crime.

*(If you find defendant NOT GUILTY of Count 6, do not answer the following question and sign and date the Verdict Form. If you find defendant GUILTY of Count 6, answer the following question.)*

Do you, the Jury in the above-entitled case, unanimously find that some act or acts in furtherance of the crime charged in Count 6 occurred in the Southern District of California?

    Yes ___   No ___

Dated: February 11, 2026

    San Diego, CA               FOREPERSON OF THE JURY

23-cr-1684-DMS