Martin G. Molina, Calif. Bar No. 176934
Law Office of Martin G. Molina
185 West "F" Street, Suite 100
San Diego, CA 92101
Telephone:  (619) 232-0620
Facsimile:   (619) 234-5322
mmolinaesq@outlook.com
CJA Attorney for Defendant
Ricardo Orizaba-Zendejas (5)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  23 CR 1684-DMS |
| | ) |
| Plaintiff, | ) **Ricardo Orizaba-Zendejas'** |
| | ) **Sentencing Letter with** |
| vs. | ) **Acceptance of** |
| | ) **Responsibility** |
| RICARDO ORIZABA-ZENDEJAS (5), | ) |
| | ) Sent. Date: May 28, 2026 |
| Defendant. | ) Time: 9:30 a.m. |
| | Courtroom: 13A |

Comes now the defendant, Ricardo Orizaba-Zendejas, by and through his CJA counsel of record, Martin G. Molina, and respectfully submits the attached sentencing letter.

Dated:  May 22, 2026                    Respectfully submitted,


                                        By: /s/ Martin G. Molina
                                        Martin G. Molina
                                        CJA Counsel for Defendant


                                        23cr1684-DMS

Dear Judge Sabraw:

I write to first thank you for giving me the chance to fight the accusations that I was part of the murders of Cesar Murillo and Maira Hernandez. I was never part of this, I was not there at the ranch. I was not there when they were buried at the ranch. I did not know it was going to happen or that it was being planned. I am thankful to the jury for seeing the truth and clearing my name. They saw the truth and the lies for what they were.  Their murders was a cowardly act. I cannot imagine and I am very sad for the grief of their families after losing them and the baby that they expected.

I am sorry for the choices I made when I met Tony in Yakima. I was impressed by the money that he made and thought that being his friend and working for him would make me complete. He was surrounded by people and I was attracted to the popularity. This drew me apart from the mother of my children.  I sold drugs mostly fentanyl that I got from Tony and helped him with his drug business everytime that he asked me.  The jury was right in finding me guilty of the conspiracy because I agreed to participate in drug trafficking with Tony and everything that they said that I did with Tony with drugs was true. I never would have thought that killing would be part of this. I am sorry for participating in his drug business and for selling

Ricardo Orizaba Zendejas

fentanyl to people like Zachary that were desperate to take the drug in the middle of the night before my arrest. I took advantage of their weakness.  Also for putting their life at risk with this deadly drug. I am also sorry to my family for bringing these drugs into our home. I was careless and irresponsible. I brought so much grief to them and the mother of my children who rightfully left me.  I am sick to my core that Tonys business even brought death and a life of grief. I was not part of this but there is a connection in my heart and mind that will always be with me.

I accept that to redeem myself I must go to prison which I see as an opportunity to take advantage of the programs for my rehabilitation. I hope that I am allowed to participate in them to help me.

I went to trial not to fight the conspiracy charge but to fight the other charges. Specially the charges about the murders of Cesar Murillo and Maira and their baby and of threatening and brandishing a rifle.  The prosecutor wanted me to plead guilty to these and to the conspiracy together. That is why I had no choice but to go to trial to defend myself of these charges not the conspiracy.  Again. My condolences to the family of Cesar and Maira and the baby. And To Delyla and her grandmother.

Sincerely, Ricardo Orizaba, Reg. No. 43753-510, OMDC

Ricardo Orizaba Zendejas